IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OKLAHOMA APPLE LLC,
MOUNTAIN APPLE LLC,
SEESTAR QSR LLC, and
JULIO-MADISON LLC,

    Plaintiffs,

v.                                          CASE No. 3:24-cv-00927

THE UNITED STATES SMALL
BUSINESS ADMINISTRATION,
ISABELLA CASILLAS GUZMAN,
In Her Official Capacity as
Administrator of the Small Business
Administration, and THE UNITED
STATES OF AMERICA,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR
WITHDRAWAL OF COUNSEL AS TO BLAKE N. HUMPHREY**

    Plaintiffs' counsel, Blake N. Humphrey, admitted *pro hac vice,* of the law firm of Frost Brown Todd LLP ("Firm"), respectfully moves for an order from this Court permitting his withdrawal from the above-styled lawsuit.

    1.    Blake N. Humphrey is one of the attorneys representing Plaintiffs in this action. Mr. Humphrey will no longer be representing Plaintiffs in this matter because he is leaving the Firm at the end of May 2025; therefore, he respectfully requests that he be allowed to withdraw as counsel of record in this action.

    2.    Since the inception of this case, Vivian Basdekis who is with the law firm of Frost Brown Todd LLP, and Amy L. Drushal of the law firm Trenam,

1

Kemker, Scharf, Barkin, Frye, O'Neill & Mullis PA, have represented Plaintiffs.  Ms. Basdekis and Ms. Drushal shall remain counsel of record.

2. Pursuant to Local Rule 2.02(c)(1)(A), Plaintiffs have consented to Mr. Humphrey's withdrawal from the case. Furthermore, as noted above, Mr. Humphrey's withdrawal will not result in Plaintiffs proceeding *pro se*.

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned counsel for Plaintiffs hereby certifies that Plaintiffs have complied with the attorney-conference requirement of Local Rule 3.01(g). Specifically, Mr. Humphrey conferred by email with Defendants' counsel, who advises that they have no objection to the relief sought herein.

/s/ *Blake N. Humphrey*
Vivian H. Basdekis* (WV Bar No. 10587)
Blake N. Humphrey* (WV Bar No. 14132)
FROST BROWN TODD LLP
500 Virginia Street East, Suite 1100
Charleston, WV 25301
Telephone: (304) 345-2404
Facsimile: (304) 345-0115
vbasdekis@fbtlaw.com
bhumphrey@fbtlaw.com

AMY L. DRUSHAL, Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL  33602
Telephone: 813-223-7474
aldrushal@trenam.com

*Admitted pro hac vice

**COUNSEL FOR PLAINTIFFS**