# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

OKLAHOMA APPLE LLC,
MOUNTAIN APPLE LLC,
SEESTAR QSR LLC, and
JULIO-MADISON LLC,

    Plaintiffs,

v.                                                                                    CASE No. 3:24-cv-00927

THE UNITED STATES SMALL
BUSINESS ADMINISTRATION,
ISABELLA CASILLAS GUZMAN,
In Her Official Capacity as
Administrator of the Small Business
Administration, and THE UNITED
STATES OF AMERICA,

    Defendants.

## THIRD JOINT STATUS REPORT

The parties, through their respective counsel, submit this update to their prior Joint Status Reports dated August 11, 2025 [Doc. 26] and October 10, 2025 [Doc. 27], and pursuant to the Endorsed Order entered on October 14, 2025 [Doc. 28], and respectfully state as follows:

As previously reported, the bankruptcy proceedings have been dismissed. At this time, counsel for the United States Small Business Administration ("SBA") is preparing a proposal for review by Plaintiffs and their counsel. The parties mutually

intend to negotiate the terms of a settlement to achieve a full resolution of all claims in this matter and will promptly advise the Court of any resolution.

Dated: February 19, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Vivian H. Basdekis* <br> Vivian H. Basdekis* (WV Bar No. 10587) <br> FBT Gibbons LLP <br> 500 Virginia Street East, Suite 1100 <br> Charleston, WV 25301 <br> Telephone: (304) 348-2437 <br> Facsimile: (304) 345-0115 <br> vbasdekis@fbtgibbons.com <br><br> AMY L. DRUSHAL, Florida Bar No. 546895 <br> TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A. <br> 101 E. Kennedy Blvd., Suite 2700 <br> Tampa, FL 33602 <br> Telephone: 813-223-7474 <br> aldrushal@trenam.com <br><br> **Admitted pro hac vice* <br><br> Counsel for Plaintiffs | GREGORY W. KEHOE <br> United States Attorney <br><br> /s/ *Kyesha Mapp* <br> KYESHA MAPP <br> Assistant United States Attorney <br> Florida Bar No. 0113006 <br> Bryan Simpson U.S. Courthouse <br> 300 North Hogan Street, Suite 700 <br> Jacksonville, FL 32202-4270 <br> Telephone No. (904) 301-6254/6300 <br> Facsimile No. (904) 301-6240 <br> Email: Kyesha.Mapp@usdoj.gov <br><br> Counsel for Defendants |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OKLAHOMA APPLE LLC,
MOUNTAIN APPLE LLC,
SEESTAR QSR LLC, and
JULIO-MADISON LLC,

    Plaintiffs,

v.                                                CASE No. 3:24-cv-00927

THE UNITED STATES SMALL
BUSINESS ADMINISTRATION,
ISABELLA CASILLAS GUZMAN,
In Her Official Capacity as
Administrator of the Small Business
Administration, and THE UNITED
STATES OF AMERICA,

    Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on this 19th day of February 2026, I electronically filed the foregoing ***Third Joint Status Report*** by using the CM/ECF system, providing notice to all counsel of record.

                                                /s/ *Vivian H. Basdekis*
                                                Vivian H. Basdekis* (WV Bar No. 10587)
                                                **Admitted pro hac vice*

0152740.0765996  4920-0082-5999v2