**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

OKLAHOMA APPLE LLC,
MOUNTAIN APPLE LLC,
SEESTAR QSR LLC, and
JULIO-MADISON LLC,

Plaintiffs,

v. Case No. 3:24-cv-00927

UNITED STATES SMALL
BUSINESS ADMINISTRATION,
KELLY LOEFFLER[1], in her official capacity as
Administrator of the Small Business
Administration, and THE UNITED
STATES OF AMERICA,

Defendants.

**JOINT STATUS REPORT**

Pursuant to the Court's Order (doc. 30) the parties, through their respective counsel, submit this Joint Status Report. The parties report that they are engaged in active settlement negotiations and are currently discussing settlement terms in an effort to reach a full resolution of all claims in this matter and will promptly advise the Court of any resolution. The Parties anticipate concluding negotiations within

[1] Pursuant to Rule 25(d), Fed. R. Civ. P., Kelly Loeffler is substituted as the Administrator of the U.S. Small Business Administration.

the next 60 days, at which time they will notify the Court of resolution or seek to lift the stay.

Respectfully submitted, July 17, 2026

*/s/ Vivian H. Basdekis*
Vivian H. Basdekis*
(WV Bar No. 10587)
FBT Gibbons LLP
500 Virginia Street East, Suite 1100
Charleston, WV 25301
Telephone: (304) 348-2437
Facsimile: (304) 345-0115
vbasdekis@fbtgibbons.com

AMY L. DRUSHAL,
Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: 813-223-7474
aldrushal@trenam.com

**Admitted pro hac vice*

Counsel for Plaintiffs

GREGORY W. KEHOE
United States Attorney

*/s/ Kyesha Mapp*
KYESHA MAPP
Assistant United States Attorney
Florida Bar No. 0113006
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6300
Facsimile No. (904) 301-6240
Email: Kyesha.mapp@usdoj.gov
Attorneys for Defendants